**Dismissed and Opinion Filed January 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00953-CR**
**No. 05-21-00954-CR**

**EX PARTE HAXAN WALDELL PALMER**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. W18-58281-T(B) & W18-58280-T(C)**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Garcia
Opinion by Justice Molberg

Haxan Waldell Palmer has filed a notice of appeal attempting to appeal from the trial court's alleged inaction on an application for writ of habeas corpus he has filed pursuant to article 11.07 of the Texas Code of Criminal Procedure. Appellant requests that the Court order the trial court to conduct a hearing on the writ application.

Appellant was convicted in the underlying cases and sentenced to seven years' imprisonment. *See Palmer v. State*, No. 05-21-00046-CR, 2021 WL 423169 (Tex. App.—Dallas Feb. 8, 2021, no pet.) (mem. op., not designated for publication). After a final felony conviction, the court of criminal appeals has exclusive authority to

grant post-conviction habeas relief. *See* TEX. CODE CRIM. PROC. art. 11.07, § 5; *Bd. of Pardons and Paroles ex rel. Keene v. Ct. of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding) (per curiam).

Only the court of criminal appeals has jurisdiction to order a trial court to rule on a pending article 11.07 writ application. *Padieu v. Ct. of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117–18 (Tex. Crim. App. 2013); *see also In re Ward*, No. 12-15-00142-CR, 2015 WL 3505189, at *1 (Tex App.—Tyler June 3, 2015, orig. proceeding) (mem. op.) (not designated for publication). The Court requested appellant file a letter brief to explain the basis for the Court's jurisdiction, but he did not respond to the Court's request.

Concluding we lack jurisdiction to review this article 11.07 writ proceeding, we dismiss the appeals for want of jurisdiction.

210953f.p05
210954f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE HAXAN WALDELL
PALMER

No. 05-21-00953-CR

On Appeal from the 283rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. W18-58281-
T(B).
Opinion delivered by Justice
Molberg. Justices Myers and Garcia
participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 13th day of January, 2022.



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

EX PARTE HAXAN WALDELL
PALMER

No. 05-21-00954-CR

On Appeal from the 283rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. W18-58280-
T(C).
Opinion delivered by Justice
Molberg. Justices Myers and Garcia
participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 13th day of January, 2022.